THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
WILLIAM J. KOERNER, Appellant.

*People* v. *Koerner*, 117 App. Div. 40, affirmed.
(Argued February 19, 1908; decided March 10, 1908.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered January 11, 1907, which affirmed a judgment of the Court of
General Sessions of the Peace in the county of New York,
rendered upon a verdict convicting the defendant of the
crime of murder in the second degree.

*K. Henry Rosenberg* and *Abraham Levy* for appellant.

*William Travers Jerome,* District Attorney (*Robert C.
Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER,
WILLARD BARTLETT and HISCOCK, JJ.